

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge If Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 03 C 2613 | DATE | 8/29/2003 |
| CASE TITLE | Ernest Morris vs. Ernesto Velasco et al. | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

Memorandum Opinion and Order

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
☐ FRCP4(m)  ☐ Local Rule 41.1  ☐ FRCP41(a)(1)  ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Enter Memorandum Opinion and Order. Plaintiff is directed to file an amended complaint within 30 days of the date of this order or the case will be dismissed.

(11) ■ [For further detail see order attached to the original minute order.]

| | No notices required, advised in open court. | | | Document Number |
|---|---|---|---|---|
| | No notices required. | | number of notices | |
| | Notices mailed by judge's staff. | | | |
| | Notified counsel by telephone. | | SEP 0 2 2003 date docketed | |
| ✓ | Docketing to mail notices.. | | | 13 |
| | Mail AO 450 form. | U.S. DISTRICT COURT CLERK | docketing deputy initials | |
| | Copy to judge/magistrate judge. | 03 AUG 29 PM 4:06 | | |
| WAH | courtroom deputy's initials | FILED FOR DOCKETING | date mailed notice | |
| | | L-0 Date/time received in central Clerk's Office | mailing deputy initials | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ERNEST MORRIS,  )
 )
        Plaintiff,  )
 )
vs.  )  No. 03 C 2613
 )
ERNESTO VELASCO. et al.,  )
 )
        Defendants.  )

## MEMORANDUM OPINION AND ORDER

On June 13, 2003, we explained why plaintiff's complaint was deficient, dismissed his complaint and permitted him to file an amended complaint. Plaintiff responded not by filing an amended complaint but by filing well over 100 pages of grievances and related documents, and asking for an attorney.

Plaintiff is not unfamiliar with the courts and he is obviously articulate. We have advised him how to proceed. We think it is up to plaintiff initially to sift through his many claims and complaints and then file an amended complaint. It may well be that appointment of counsel will be appropriate if plaintiff has a claim or claims that survive a pleading review, but we are reluctant to saddle some attorney with the arduous task, without compensation, of sorting through plaintiff's entire file to determine what might be the basis for a lawsuit.

Plaintiff is directed to file an amended complaint within 30 days of the date of this order or the case will be dismissed.

                                                            JAMES B. MORAN
                                              Senior Judge, U. S. District Court

Aug. 29, 2003.